*Jr.*, and *Mr. Sewall Key* and *Miss Helen R. Carloss* for respondent.

No. 724. CENTRAL WEST COAL CO. *v.* COMMISSIONER OF INTERNAL REVENUE. April 5, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. B. F. Saltzstein* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key* and *L. W. Post* for respondent.

No. 743. READING COMPANY *v.* COMMISSIONER OF INTERNAL REVENUE. April 5, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. John E. McClure, O. H. Chmillon,* and *David W. Richmond* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Mr. Sewall Key* and *Miss Helen R. Carloss* for respondent.

No. 748. GITHENS *v.* ESTATE OF ZOELL. April 5, 1943. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Messrs. D. Arthur Magaziner* and *Eugene B. Strassburger* for petitioner. *Mr. Henry H. Hanna* for respondent.

No. 718. ILLINOIS EX REL. HIGHLAND PARK *v.* McKIBBIN, DIRECTOR OF FINANCE. April 5, 1943. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Benjamin F. J. Odell* for petitioner. *Messrs. George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.